## AFFIDAVIT OF SERVICE

| Case:<br>3:26-cv-1668-AB | Court:<br>UNITED STATES DISTRICT COURT FOR DISTRICT OF OREGON | County: | Job:<br>16614599 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>JESSICA MURCH | | **Defendant / Respondent:**<br>INSERT NAME HERE, LLC D/B/A INH HAIR | |
| **Received by:**<br>Delaware Detective Group, LLC | | **For:**<br>Perrong Law, Esq | |
| **To be served upon:**<br>INSERT NAME HERE, LLC D/B/A INH HAIR | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    Robin Banks, Corporate: 1209 North Orange Street, Wilmington, DE 19801

**Manner of Service:**    Registered Agent, Aug 12, 2026, 1:42 pm EDT

**Documents:**    Summons in a Civil Action, First Amended Class Action Complaint and Demand for Jury Trial, Civil Cover Sheet, Civil Case Assigned Order, Discovery and Pretrial Scheduling Order, Fed.R.Civ.P.26 (a) (1) Discovery Agreement, Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

**Additional Comments:**
1) Successful Attempt: Aug 12, 2026, 1:42 pm EDT at Corporate: 1209 North Orange Street, Wilmington, DE 19801 received by Robin Banks.

_____    8/14/26
Stephen Kempski                           Date

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown , DE 19709
302-373-3678