Jeffrey G. Bradford, OSB No. 133080
Direct: 503.802.5724
Email: jeff.bradford@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503.274.8779
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSERT NAME HERE, LLC D/B/A INH HAIR,<br><br>Defendant. | Civil No. 3:26-cv-01668-AB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** |

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, counsel for Defendant Insert Name Here, LLC dba INH Hair conferred with counsel for Plaintiff Jessica Murch, who does not oppose this Motion.

## MOTION

Without waiving any defenses under Rule 12 of the Federal Rules of Civil Procedure or otherwise (including arbitral rights), and pursuant to Fed. R. Civ. P. 6 and LR 16-3, Defendant Insert Name Here, LLC dba INH Hair ("Defendant") respectfully moves this Court, unopposed, to extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's First

Amended Class Action Complaint (ECF No. 1) in the above-captioned matter to and including October 2, 2026. This extension does not affect any other deadlines. This is Defendant's first request for extension in this action.

**MEMORANDUM**

This action was filed on August 10, 2026, and Defendant was served on August 12, 2026. Defendant's current deadline to answer, move, or otherwise respond to Plaintiff's First Amended Clas Action Complaint is September 2, 2026.

Defendant respectfully requests that this Court grant an extension of time to respond to Plaintiff's First Amended Class Action Complaint, making Defendant's new deadline to answer, move, or otherwise respond to Plaintiff's First Amended Class Action Complaint October 2, 2026. Defendant's counsel was engaged this week and seeks additional time to investigate the facts and claims alleged in Plaintiff's First Amended Class Action Complaint. Accordingly, an extension will promote efficiency and judicial economy by allowing Defendant to explore a potential extra-judicial resolution and prepare appropriate responsive pleadings if needed and enabling the Parties to adequately evaluate the claims at issue, without the Parties or the Court being impacted or incurring additional burden or costs.

The requested extension is not for the purpose of delay, will not prejudice any party, and will not impact the timely resolution of the matter. Moreover, Plaintiff (through her counsel) has agreed in writing to a 30-day extension from the current September 2, 2026, deadline. This motion is therefore unopposed. Accordingly, there is "good cause" for the extension for at least the foregoing reasons. In seeking this extension, Defendant does not waive, and expressly reserves, all rights, objections, arguments, and defenses relating to the Plaintiff's First Amended Class Action Complaint and otherwise, including but not limited to all jurisdictional defenses,

any arbitral rights, and the right to move to dismiss Plaintiff's First Amended Class Action Complaint under Fed. R. Civ. P. 12 or to compel arbitration of these proceedings, if/when Defendant determines it has the right to so move.

WHEREFORE, Defendant respectfully requests that the Court grant this unopposed motion and extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's First Amended Class Action Complaint to October 2, 2026.

DATED: September 3, 2026.

TONKON TORP LLP

By: *s/ Jeffrey G. Bradford*

Jeffrey G. Bradford, OSB No. 133080
Direct: 503.802.5724
Email: jeff.bradford@tonkon.com
*Attorneys for Defendant*