Jeffrey G. Bradford, OSB No. 133080
Direct: 503.802.5724
Email: jeff.bradford@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503.274.8779
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSERT NAME HERE, LLC D/B/A INH HAIR,<br><br>Defendant. | Civil No. 3:26-cv-01668-AB<br><br>**STIPULATED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

Pursuant to this Court's order (ECF 9), the parties move the Court for entry of a Stipulated Protective Order ("Protective Order") in the form accompanying this Motion as Exhibit 1. As directed by the Court (*see id.*), a clean copy of the parties' proposed Protective Order is attached as Exhibit 1, and a redline copy of the parties' proposed Protective Order is attached as Exhibit 2.

In support of this Motion, the parties state the following:

1. All parties agree to entry of the Protective Order in the form accompanying this Motion as Exhibit 1.

2. The parties anticipate that this action may require or involve the discovery, production, disclosure, and use of certain documents, information and other materials that are confidential. In particular, this dispute may involve the production of financial statements, reports, tax records, customer records, or other confidential research, development, or commercial and trade information.

3. The parties desire to be protected against potential competitive disadvantage, financial loss, hardship or prejudice that may result from the unauthorized or inappropriate disclosure of confidential or proprietary documents.

4. All parties agree that the entry of this Protective Order is warranted to protect against disclosure of such documents and information.

5. As shown in Exhibit 2, the changes applied to the Court's form protective order are limited to those that, in the parties' view, appropriately tailor the order to the needs of the parties and the specific circumstances of this action. The only substantive change is to the introduction, which describes with particularity the types of documents the parties anticipate designating as confidential.

In submitting this motion, neither party waives, and each expressly reserves, all rights, objections, arguments, and defenses relating to this action including, but not limited to, Defendant's jurisdictional defenses, any arbitral rights, and the right to move to dismiss Plaintiff's First Amended Class Action Complaint under Fed. R. Civ. P. 12 or to compel arbitration of these proceedings.

For the reasons stated above, the parties move the Court for entry of a Protective Order in the form accompanying this Motion as Exhibit 1.

SO STIPULATED:

PERRONG LAW LLC

By: *s/ Andrew Roman Perrong*
Andrew Roman Perrong, OSB No. 243320
Direct: 215.225.5529
Email: a@perronglaw.com
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Attorneys for Plaintiff

TONKON TORP LLP

By: *s/ Jeffrey G. Bradford*
Jeffrey G. Bradford, OSB No. 133080
Direct: 503.802.5724
Email: jeff.bradford@tonkon.com
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Attorneys for Defendant