Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>INSERT NAME HERE, LLC<br>D/B/A INH HAIR<br><br>Defendant | Case No. 3:26-cv-1668<br><br>CLASS ACTION COMPLAINT<br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

**NOTICE OF SETTLEMENT**

Plaintiff Jessica Murch, by and through counsel, respectfully notifies the Court pursuant to Fed. R. Civ. P. 41 and LR 41-1 that the Parties have reached a settlement in principle. The Parties are currently finalizing the written settlement agreement and anticipate filing dismissal papers within 45 days. Plaintiff respectfully requests that all pending deadlines and hearings be vacated.

Dated: October 16, 2026

Respectfully submitted,

PERRONG LAW LLC

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
1669 Edgewood Road, Suite 218

Yardley, PA 19067
Phone: (215) 225-5529

*Attorney for Plaintiff and the Proposed Class*